AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| RUSSELL L. JEFFRIES, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>    Defendant. ) | **JUDGMENT**<br>**CASE NO. 5:13-CV-97-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further action.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 4, 2013,** WITH A COPY TO:

Elizabeth F. Lunn (via CM/ECF electronic notification)
Kathleen C. Buckner (via CM/ECF electronic notification)

| | |
|---|---|
| September 4, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |

Raleigh, North Carolina